UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darrell W. Bruce,                                               Case No. 3:14-cv-00834

          Plaintiff

   v.

                                                              JUDGMENT ENTRY

Edward Sheldon, et al.,

          Defendants

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, the Defendants' motion for summary judgment (Doc. No. 11), is granted. Bruce's motions for a preliminary injunction, (Doc. No. 4 and Doc. No. 17), are denied. Bruce's motion to amend his complaint, (Doc. No. 3), and the Defendants' motion to dismiss, (Doc. No. 8), are denied as moot. Bruce's complaint is dismissed for failure to exhaust his available administrative remedies.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge